# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

| | |
|---|---|
| Morris L. Hoover, Jr., | Case No. 09-75 |
| Plaintiff, | |
| v. | RECEIVED |
| SunTrust Bank, Bank of America Corporation, FIA Card Services, N.A., f/k/a, MBNA America Bank, N.A., | MAY 18 2009 |
| Defendants. | AT 8:30_____M WILLIAM T. WALSH CLERK |

### STIPULATION OF DISMISSAL

Plaintiff respectfully requests that the above-captioned case be dismissed with prejudice as to all parties.

**CARUCCI BUTLER, LLC**

_[signature]_

Matthew M. Carucci, Esq. (DE 4529)
1216 N. King Street
Wilmington, DE 19801
P: 302.654.5083
F: 302.654.5084
mcarucci@caruccibutler.com
*Attorney for Plaintiff*

Date: May 12, 2009

_[handwritten: So Ordered, Case closed, /s/ 5/18]_